IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1044-PSF-CBS

JAMES Z. CAROL, an individual; and
RANCH CENTRAL LLC, a California limited liability company,

    Plaintiffs,

v.

BRUCE JEFFREY TEMPLE, an individual; and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

    Defendants.

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

THIS MATTER comes before the Court pursuant to F.R.Civ.P. 16 and D.C.COLO.LCivR 16.1 for the setting of a pretrial scheduling conference. IT IS HEREBY ORDERED that the parties shall appear on **July 28, 2005 at 9:30 a.m.**, before Judge Figa in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is,

FURTHER ORDERED that counsel shall comply with the Instructions for Preparation of Scheduling Order (*see* Appendix F of the Local Rules of Practice in the United States District Court for the District of Colorado). Copies of the Local Rules are available under the "Local Rules" button at http://www.cod.uscourts.gov and from the Clerk of the Court. The Proposed Joint Scheduling Order is due **at least five days**

**before the Scheduling Conference.**  If the Scheduling Order is not timely submitted, the conference will be vacated.  There will be no exceptions to this policy.

DATED:  June 30, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge