IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1044-PSF-CBS

JAMES Z. CAROL, an individual; and
RANCH CENTRAL LLC, a California limited liability company,

    Plaintiffs,

v.

BRUCE JEFFREY TEMPLE, an individual; and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

    Defendants.

---

**ORDER ON NOTICE OF SUBSTITUTION OF COUNSEL**

---

    THIS MATTER is before the Court on plaintiffs' Notice of Substitution of Counsel (Dkt. # 7). The "Notice" will be treated as an entry of appearance by Charles E. Feldmann as well as a motion to withdraw, pursuant to D.C.COLO.LCivR 11.1 and 83.3. Under those local rules, only lawyers, not law firms, can enter their appearances or seek to withdraw from cases. However, the Court notes that John Wilson, Esq., of the law firm Latham & Watkins, LLP, has not been admitted to practice in Colorado, and therefore, any motion implicitly seeking his withdrawal is deemed moot. All counsel are cautioned to familiarize themselves with the local Rules of Practice of this Court, which can be found at the court's website at www.co.uscourts.gov/rules_frame.htm.

    DATED: July 7, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge