# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 05-cv-1044-PSF-CBS

JAMES Z. CAROL, an individual, and
RANCH CENTRAL LLC, a California limited liability company,

Plaintiffs,

v.

BRUCE JEFFREY TEMPLE, an individual, and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

Defendants.

---

## ORDER

---

This case will be dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(2).

Dated this 14th day of July, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Court Judge