IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01044-PSF-CBS

JAMES Z. CAROL, an individual; and
RANCH CENTRAL LLC, a California limited liability company,

    Plaintiffs,

v.

BRUCE JEFFREY TEMPLE, an individual; and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

    Defendants.
_____

### ORDER VACATING ORDER OF DISMISSAL
_____

Defendants' Motion to Vacate Court's Rule 41(A)(2) Dismissal Order (Dkt. # 15), filed July 15, 2005, is GRANTED. The Court's July 14, 2005 Order dismissing this case pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) (Dkt. # 14) was entered inadvertently and is hereby VACATED. Plaintiffs are directed to file a reply in support of their Motion --by Plaintiff--for Dismissal Without Prejudice-- After Answer Without Counterclaim Pursuant to Fed R Civ P 41(a)(2) on or before Friday, July 22, 2005. Defendants may file any additional brief in connection with plaintiffs' motion for dismissal on before July 22, 2005. A hearing on plaintiffs' motion for dismissal is hereby set for **Tuesday, July 26, 2005 at 9:00 a.m.**

    DATED: July 15, 2005

                                  BY THE COURT:

                                  s/ Phillip S. Figa

                                  _____

2

                                      Phillip S. Figa
                                      United States District Judge