IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1044-PSF-CBS

JAMES Z. CAROL, an individual; and
RANCH CENTRAL LLC, a California limited liability company,

    Plaintiffs,

v.

BRUCE JEFFREY TEMPLE, an individual; and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

    Defendants.

---

### ORDER

---

The Courtroom Minutes have been amended to reflect the following language:

"Defendants' Rule 15(a) Motion for Leave to Amend Pleading to Add Counterclaims Under Rule 13 **(22)** is DENIED without a determination on the merits."

In light of this amendment, Defendants' Motion to Clarify or Amend Courtroom Minutes Regarding Denial of Defendants' Motion to Amend Pleading to Add Counterclaim **(30)** is DENIED AS MOOT.

    DATED: August 4, 2005.

                                                BY THE COURT:

                                                s/ Phillip S. Figa

                                                _____
                                                Phillip S. Figa
                                                United States District Judge