IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01044-PSF-CBS

JAMES Z. CAROL, an individual; and
RANCH CENTRAL ,

    Plaintiff,

v.

BRUCE JEFFREY TEMPLE, an individual; and
STORM MOUNTAIN RANCH LLC, a Colorado limited liability company,

    Defendants.

## ORDER DENYING MOTION FOR NON-COMPLIANCE WITH LOCAL RULE

Plaintiffs' Amended Motion to Continue Hearing (Dkt. # 54) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A ("Duty to Confer"), which states in part: "The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule." (Emphasis added.)

The Amended Motion to Continue Hearing indicates simply that "good faith efforts to confer with opposing counsel with regard to this motion has occurred," but no response has yet been received from opposing counsel.  Such a certification is insufficient as it fails to state the date, time or means of communication, nor does it indicate the duration between the communication and the filing of the motion. Had the parties actually conferred in good faith as contemplated in the local rules, the motion might be unopposed, the expert witness might testify by telephone,

videoconference, deposition or affidavit, or the parties might have reached stipulations as to what this "crucial" witness would testify.  Also, the motion fails to explain with particularity the reasons for the expert witness' alleged unavailability on the October 6, 2005 hearing date.  Asserting "a previously scheduled engagement" is insufficient.

DATED: September 26, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge